WESTERN DISTRICT OF LOUISIANA

IN RE: ZENA C. THOMAS　　　　　　　　　　CASE NO.: 03-53006-LO-13

**TRANSMITTAL AND DEPOSIT OF
UNCLAIMED FUNDS**

Now into Court, comes Keith A. Rodriguez, Standing Chapter 13 Trustee, who reports the following:

1.

That pursuant to Code Section 347(a) ninety days or more has passed since final distribution was made under 11 U.S.C. in certain cases, and pursuant to Rule 3011, the name of the persons whom such unnegotiated distribution checks were issued, the amount of the check and the creditor's last known address is as follows:

**ALLDAY PAYDAY LOAN
1108 THE BLVD.
RAYNE, LA 70578**

2.

Your Trustee's check for $__13.20__ payable to the Clerk, U.S. Bankruptcy Court, has been mailed.

Respectfully submitted this __10th__ day of __December__, 2009.

_____
KEITH A. RODRIGUEZ
STANDING TRUSTEE CHAPTER 13
P.O. BOX 3445
LAFAYETTE, LA 70502
(337) 233-4413